

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-18-00188-CV

| | | |
|---|---|---|
| Mark Schomburg | § | From the 271st District Court |
| | § | of Wise County (CV17-07-554) |
| v. | § | July 19, 2018 |
| Bankers Insurance, LLC | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM